UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60007-CIV-SMITH

ADRIENNE BARON,

    Plaintiff,

v.

MODLIN SLINSKY, PA, *et al.*,

    Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Parties' Stipulation of Dismissal With Prejudice [DE 11]. Upon consideration, it is

**ORDERED** that:

1. This matter is **DISMISSED with prejudice**.
2. Each party shall bear its own attorney's fees and costs.
3. All pending motions are denied as moot.
4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of May 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc Counsel of record